AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| INGRAM ENTERPRISES, INC.<br>d/b/a FIREWORKS OVER AMERICA<br><br>*Plaintiff(s)*<br>v.<br>SHOWTIME FIREWORKS ORLANDO LLC;<br>SHOWTIME FIREWORKS & SOUVENIRS LLC<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Civil Action No.  6:23-cv-00818-WWB-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    SHOWTIME FIREWORKS ORLANDO LLC
52 Lawton Ave
Oviedo, FL 32765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Mark F. Warzecha, Esquire
    Jessica Honeycutt, Esquire
    1990 W. New Haven Ave., Suite 201
    Melbourne, FL 32904

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date:  May 5, 2023                                                                *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| INGRAM ENTERPRISES, INC. d/b/a FIREWORKS OVER AMERICA <br><br> *Plaintiff(s)* <br> v. <br> SHOWTIME FIREWORKS ORLANDO LLC; SHOWTIME FIREWORKS & SOUVENIRS LLC <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:23-cv-00818-WWB-RMN |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SHOWTIME FIREWORKS & SOUVENIRS LLC
3520 NORTH US HWY 17
DELAND, FL 32720

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark F. Warzecha, Esquire
Jessica Honeycutt, Esquire
1990 W. New Haven Ave., Suite 201
Melbourme, FL 32904

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

KarinaCummings

Date: May 5, 2023

*Signature of Clerk or Deputy Clerk*