**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

INGRAM ENTERPRISES, INC.,

        Plaintiff,

v.                                                                    Case No.: 6:23-cv-818-WWB-RMN

SHOWTIME FIREWORKS ORLANDO
LLC and SHOWTIME FIREWORKS &
SOUVENIRS LLC,

        Defendants.

_____/

**<u>ORDER</u>**

THIS CAUSE is before the Court on Plaintiff's Motion for Final Default Judgment (Doc. 18).  United States Magistrate Judge Robert M. Norway issued a Report and Recommendation (Doc. 25), in which he recommends that the Motion be granted in part.

After a de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion for Final Default Judgment (Doc. 18) is **GRANTED in part** as set forth in this Order and the Report and Recommendation and **DENIED** in all other respects.

3. Defendants Showtime Fireworks Orlando LLC and Showtime Fireworks & Souvenirs LLC use of the name Showtime Fireworks Orlando and logo depicting the same infringes on Plaintiff's rights associated with the

SHOWTIME word mark for class C fireworks and firecrackers (U.S. Reg. No. 1833282) and the SHOWTIME service mark for retail store services featuring fireworks and firecrackers (U.S. Reg. No. 6653781).

4.  Defendants Showtime Fireworks Orlando LLC and Showtime Fireworks & Souvenirs LLC, and all persons and entities acting on behalf of, in concert with, or under the control and direction of Defendants, are **PERMANENTLY ENJOINED** and **RESTRAINED** from using "SHOWTIME" in connection with class C fireworks and firecrackers and "SHOWTIME" in connection with retail store services featuring fireworks and firecrackers.

5.  Plaintiff is awarded $50,000.00 in statutory damages pursuant to 15 U.S.C. § 1117(c), (d) against Defendants, jointly and severally.

6.  To the extent that the domain www.showtimefireworksorlando.com is registered to any Defendant as of the date of this Order, such Defendant shall transfer the infringing domain to Plaintiff.

7.  The Clerk is directed to enter a judgment in favor of Plaintiff, and against Defendants, jointly and severally, in accordance with this Order and the Report and Recommendation.  Thereafter, the Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 10, 2024.

_____

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record